# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY TICHENOR, | ) | |
| | ) | Case No. 1:10-cv-2279 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| PHILLIPS, EVERETT & JONES LLC, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| Defendant. | ) | |

Now comes the Plaintiff, ANTHONY TICHENOR, by and through his attorneys, and hereby advises the Court that he is dismissing the above-captioned matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

```
IT IS SO ORDERED.

S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE

NOVEMBER 16, 2010
```

Respectfully submitted,

/s/ David B. Levin
David B. Levin (0059340)
Mitchel E. Luxenburg (0071239)
Attorneys for Plaintiff
Luxenburg & Levin, LLC
23875 Commerce Park
Suite 105
Beachwood, OH 44122
(888) 493-0770, ext. 302 (phone)
(866) 551-7791 (facsimile)
David@LuxenburgLevin.com